UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE REBOUCAS, ON HIS OWN
BEHALF AND ON BEHALF OF THOSE
SIMILARLY SITUATED,

                  **Plaintiffs,**

-vs-                                         Case No. 6:08-cv-280-Orl-28KRS

LCM INVESTMENT GROUP, INC., LUIS
CARMANO,

                  **Defendants.**

## ORDER

This case is before the Court on Jose Reboucas' Motion for Entry of Final Default Judgment (Doc. No. 11) filed June 11, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 28, 2008 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff Reboucas' Motion for Entry of Final Default Judgment (Doc. No. 11) is **GRANTED in part** and **DENIED in part.**

3. Defendants LCM Investment Group, Inc. and Luis Carmano, shall pay damages to Plaintiff Jose Reboucas, jointly and severally, in the amount of $28,121.60, attorney's fees in the amount of $1,104.00, and costs in the amount of $410.00.

4. The collective action allegations of the Complaint are dismissed.

5. The Clerk is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party